

# THE ATTORNEY GENERAL
## OF TEXAS

GROVER SELLERS

AUSTIN 11, TEXAS

~~ATTORNEY GENERAL~~

Honorable D. W. Burkhalter
County Attorney
Throckmorton County
Throckmorton, Texas

Dear Sir:

Opinion No. O-5874
Re: Authority of Commissioners' Court
to pay for special election in or-
der that voters may decide whether
county should employ trapper, etc.

Your request for our opinion in the above captioned matter has been re-
ceived, and we quote from your letter as follows:

"The Commissioners' Court of this county has ordered an election to be held on
the 15th day of April, 1944, to determine whether or not the voters of the
county desire the commissioners' court to employ trappers to trap predatory
animals in this county.

"And the question has arisen among some of the commissioners as to whether or
not they are authorized, or have the authority, to pay for the holding of such
an election, out of the General Funds of the county; and

"Also whether or not, in the event the election should carry, or be in favor
of employing such trappers, whether or not they would be authorized or have
the authority to employ such trappers, and pay them out of the General Funds
of the county."

After a careful study of the statutes, we find no provisions authoriz-
ing the commissioners' court of Throckmorton County to call a special election
in order that the voters may decide whether the county shall employ a trapper
to trap predatory animals in said county. Since the commissioners' court does
not have authority to call the above described election, it must necessarily
follow that said body does not have the authority to pay for such an election.

We are enclosing a copy of Opinion No. O-2709 written by this department
which we fell fully covers the powers of a commissioners' court to employ and
pay a county trapper for his services.

Very truly yours,

JCD:db:egw
Enclosure
APPROVED MAR 27, 1944
/s/ Geo. P. Blackburn
(Acting) ATTORNEY GENERAL OF TEXAS

ATTORNEY GENERAL OF TEXAS

By /s/ J. C. Davis, Jr.
Assistant